IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK S. COLUCCI, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>THE FEDERAL BUREAU OF PRISONS; )<br>ALBERTO GONZALES, Attorney General )<br>of the United States; WARDEN JOHN )<br>YOST, )<br>)<br>Respondents. )<br>) | Civil Action No. 06-20J<br><br>Judge Kim R. Gibson/<br>Magistrate Judge Lisa<br>Pupo Lenihan |

**MEMORANDUM ORDER**

The above-captioned habeas petition was received by the Clerk of Court on February 3, 2006, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. In addition, on February 14, 2006, Petitioner, a former attorney who resigned from the Ohio bar with discipline pending, filed a Motion for Temporary Restraining Order, (Doc. No. 9), a Motion for Scheduling of Rule 65 Request for TRO Hearing, (Doc. No. 7) and a Motion for Immediate Release on Bail, (Doc. No. 6).

The magistrate judge's Report and Recommendation (Doc. No. 11), filed on March 1, 2006, recommended that the three above motions be denied. Service was made on the Petitioner at FCI Loretto, PO Box 1000, Loretto, PA 15940-1000, which was the

address listed on the docket. Petitioner was informed that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, he had ten (10) days to file any objections. No objections were filed. After review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 31st day of March, 2006;

**IT IS HEREBY ORDERED** that the Motion for Temporary Restraining Order, (Doc. No. 9), the Motion for Scheduling of Rule 65 Request for TRO Hearing, (Doc. No. 7) and the Motion for Immediate Release on Bail, (Doc. No. 6) are **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 11), filed on March 1, 2006, by Magistrate Judge Lenihan, is adopted as the opinion of the Court.

The Honorable Kim R. Gibson
United States District Court Judge

cc: Lisa Pupo Lenihan
    UNITED STATES MAGISTRATE JUDGE

   Mark S. Colucci
   39849-060
   FCI Loretto
   P.O. Box 1000
   Loretto, PA 15940-1000